# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **CSX TRANSPORTATION, INC.,** | Case No. 3:09-CV-043 |
| Plaintiff, | Judge Thomas M. Rose |
| -v- | |
| **AMERICAN RIGGING & CRANE SERVICE, INC.,** | |
| Defendant. | |

### ENTRY AND ORDER GRANTING DEFAULT JUDGMENT AGAINST AMERICAN RIGGING & CRANE SERVICE, INC. (Doc. #10) AND TERMINATING THE CASE

This is an action brought by Plaintiff CSX Transportation, Inc. ("CSX") against American Rigging & Crane Service, Inc. ("American Rigging"). CSX is seeking reimbursement for transporting freight on behalf of American Rigging.

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1337(a) because this cause of action arises under the Interstate Commerce Act, 49 U.S.C. §§ 10101, et seq. Venue lies in this judicial district because American Rigging's place of business in within this judicial district and American Rigging regularly conducts business there.

This action was commenced on February 4, 2009. The Complaint was served on American Rigging and America Rigging has not answered. Pursuant to Fed. R. Civ. P. 55(a), the Clerk entered the default of American Rigging on December 8, 2004. (Doc. #8.) Now before the Court is the CSX's unopposed Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b). (Doc. #10.)

### FACTUAL BACKGROUND

This factual background is based upon information provided in an Affidavit executed by CSX employee Kay Fearrington ("Fearrington). (Affidavit of Kay Fearrington June 5, 2009.) Fearrington affirms that, in September of 2008, CSX moved freight between Kenton, Ohio and Baltimore, Maryland on behalf of American Rigging. Fearrington also affirms that American Rigging was invoiced for these transportation services and has not paid the invoices. An invoice in the amount of $20,950.22 was due on September 17, 2008, and an invoice in the amount of $38.50 was due on December 8, 2008.

## ANALYSIS

CSX now seeks a default judgment against American Rigging in the amount of $20,988.72 as owed for transportation services previously provided. CSX also seeks interest and the costs of this action.

A Clerk's Entry of Default has been entered against American Rigging on this complaint. Further, the allegation that American Rigging owes CSX $20,988.72 for transportation services is not disputed. The allegation that American Rigging has not paid this amount to CSX for the subject transportation services is also not disputed. Therefore, upon application by CSX, judgment is hereby entered in favor of CSX.

**Wherefore, it is Ordered, Adjudged and Decreed** that:

CSX shall have and recover against Defendant American Rigging in the sum of 20,988.72, together with interest and costs, and that the Plaintiff CSX shall have execution therefore.

No further issues remain to be adjudicated at this time. Therefore, the captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

DONE and **ORDERED** in Dayton, Ohio this Twenty-Eighth day of August, 2009.

                                                **s/Thomas M. Rose**

                                          THOMAS M. ROSE
                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record